Argued and submitted June 27, affirmed July 20, 1983

## 1000 FRIENDS OF OREGON et al,
### *Petitioners,*

*v.*

## WASCO COUNTY COURT et al,
### *Respondents.*

### (82-052; CA A26426)

666 P2d 299

Mark J. Greenfield, Portland, argued the cause and filed the brief for petitioners.

Bernard L. Smith, District Attorney, Wasco County, The Dalles, waived appearance for respondent Wasco County Court.

Timothy V. Ramis, Portland, argued the cause for respondent Chidvalis Rajneesh Meditation Center. On the brief were Steven L. Pfeiffer and O'Donnell, Sullivan & Ramis, Portland.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

4

**PER CURIAM.**

LUBA's dismissal of the petition for review is affirmed, because the order sought to be reviewed, the proclamation of incorporation of the city, is not the final order involving a land use decision in the incorporation process. The order authorizing an incorporation election is the order reviewable by LUBA. *1000 Friends of Ore. v. Wasco Co. Court,* 62 Or App 75, 659 P2d 1001, *rev den* 295 Or 259 (1983).

Affirmed.